# United States Court of Appeals
## For the First Circuit

No. 17-1496

UNITED STATES,

Appellee,

v.

WILLIE BERRY, a/k/a Sco, a/k/a Scodough,

Defendant - Appellant.

**JUDGMENT**

Entered: August 24, 2017
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of defendant-appellant Willie Berry's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs and fees.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David J. Apfel
Dina Michael Chaitowitz
Emily O. Cannon
Michael J. Crowley
Willie Berry