# United States Court of Appeals
## For the First Circuit

No. 17-1496

UNITED STATES

Appellee

v.

WILLIE BERRY, a/k/a Sco, a/k/a Scodough

Defendant - Appellant

**MANDATE**

Entered: August 24, 2017

In accordance with the judgment of August 24, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David J. Apfel
Willie Berry
Emily O. Cannon
Dina Michael Chaitowitz
Michael J. Crowley