UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 15-10146-NMG |
| ) | |
| (1) WILLIE BERRY, ) | |
|     a/k/a "Sco" and "Scoudough" ) | |
|                    Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

**GORTON, D.J.**

WHEREAS, on June 16, 2016, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Willie Berry, a/k/a "Sco", and "Scodough" (the "Defendant") with Conspiracy to Distribute Cocaine Base, Cocaine, Heroin, and Oxycodone, in violation of 21 U.S.C. § 846 (Count One);

WHEREAS, on February 1, 2017, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Count One of the Indictment, pursuant to a written plea agreement that he signed on the same day;

WHEREAS, in Section 7 of the plea agreement, the Defendant admitted that the following assets are subject to forfeiture because constitute, or are derived from, proceeds obtained directly or indirectly as a result of the Defendant's offenses; and are any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the Defendant's offenses, and such assets specifically included, without limitation:

    (a)    one T-Mobile white Samsung Galaxy cell phone, seized from Willie Berry at 76 Radcliffe Street, Apt. 3, Dorchester, Massachusetts (the "Phone");

WHEREAS, on April 26, 2017, this Court issued a Preliminary Order of Forfeiture against the Phone, pursuant to 21 U.S.C. § 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, in addition, this Court ordered the Defendant to forfeit the Phone, pursuant to the terms of the Preliminary Order of Forfeiture;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on July 27, 2017 and ending on August 25, 2017;

WHEREAS, on April 26, 2017, a sentencing hearing was held whereby this Court sentenced the Defendant to a term of 132 months incarceration, 5 years supervised release, and $100 special assessment;

WHEREAS, no claims of interest in the Phone have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Phone, and are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Phone are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Phone in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
United States District Judge

Dated: 11/2/18

3